IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brenda Robinette,           :

    Plaintiff,          :

  v.                         :     Case No. 2:08-cv-1035

Immediate Health Associates, :     JUDGE SMITH
et al.,                            MAGISTRATE JUDGE KEMP
                             :

    Defendants.         :

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 5, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The complaint is dismissed for lack of subject matter jurisdiction.

    /s/ George C. Smith
    George C. Smith
    United States District Judge